BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


FILED
OCT 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MOLINA, a.k.a. Jesse, <br><br> Defendant. | CASE NO. 1:13MJ216 <br><br> [CR-12-6053-RHW (E.D. Wash.)] <br><br> MOTION TO UNSEAL INDICTMENT AS TO DEFENDANT JESUS MOLINA; ORDER |

Plaintiff, United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Kirk Sherriff, moves the Court for an order unsealing the Indictment as to defendant Jesus Molina only, based on that defendant's arrest in this case.

Dated: Oct. 24, 2013

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

_____
KIRK E. SHERRIFF
Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the indictment is unsealed as to defendant Jesus Molina only.

Dated: 10/24/13

_____
UNITED STATES MAGISTRATE JUDGE

1